# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOWLING,<br><br>  Petitioner,<br><br>  v.<br><br>RONALD BARNES, Warden,<br><br>  Respondent. | Case No. ED CV 12-1424 ODW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 1, 2013

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE